IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRADLEY BROADUS<br>526 Buchanan Street, NW<br>Washington, D.C. 20011<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>　　　Defendant. | Case No. |

## COMPLAINT

COMES NOW the plaintiff, Bradley Broadus, by his attorney, Donald A. Clower, and for his cause of action states as follows:

## JURISDICTION

1.　Jurisdiction for the within cause of action is properly laid in this court pursuant to 28 U.S. Code Section 1346(b) of the United States Federal Tort Claims Act (hereinafter "FTCA").

2.　Venue is proper in this court in that the wrongs alleged occurred within the District of Columbia.

2.　Plaintiff has submitted a claim to the United States Department of Veterans Affairs pursuant to the FTCA and the required time period has elapsed from the presentation of such claim with no resolution.

3.　Plaintiff has exhausted his administrative remedies available under the FTCA.

1

## PARTIES

4. At all times pertinent hereto the plaintiff, Bradley Broadus, was and is a natural adult person residing in the District of Columbia, and on September 27, 2010, sustained injuries and damages due to the ingestion of medication negligently provided to him by the defendant.

5. At all times pertinent hereto the defendant, United States of America, was and is a body politic, part of which is the Department of Veterans Affairs, a federal governmental agency located within the District of Columbia, and on September 27, 2010, negligently provided medication to plaintiff which injured and damaged the plaintiff.

## ALLEGATIONS

6. On or about September 27, 2010, plaintiff was a recipient of medical benefits from the defendant though his prior service as a member of the armed forces.

7. On that date, plaintiff ingested the drug Olanzapine which had been negligently provided to him by the defendant.

8. Plaintiff had not been prescribed Olanzapine by the defendant.

9. Plaintiff was free of any and all negligence, including contributory negligence, and did not assume the risk of his injuries.

10. Defendant was negligent in that it supplied a medication to the plaintiff which had not been prescribed by any physician and negligently instructed plaintiff to ingest such medication.

11. As a direct and proximate result of the negligence of the defendant herein complained of, the plaintiff was caused to sustain severe, painful and permanent injuries and has been rendered unable to perform his usual and normal activities, duties and obligations; has sustained a permanent injury; and has been otherwise severely, painfully and permanently injured and damaged.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of FIFTY THOUSAND DOLLARS ($50,000.00) plus interest thereon and his costs expended herein.

          Respectfully submitted,

          BRADLEY BROADUS

          By Counsel

          LAW OFFICES OF DONALD A. CLOWER

DATE: October 1, 2012    By: _____*Donald A. Clower*_____
          DONALD A. CLOWER, Unified Bar #948885
          4702 Silverbrook Way
          Bowie, MD   20720
          (301) 464-4578 office
          (202) 288-7338 cell
          ClowerDA@aol.com
          (301) 464-3272 fax
          Counsel for Plaintiff